IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02262-WYD-BNB

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

431 EAST 134TH AVENUE, THORNTON, COLORADO,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Uncontested Motion to Vacate Scheduling/Planning Conference** [docket no. 20, filed April 28, 2006] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for June 29, 2006, is **vacated and reset to July 19, 2006, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **July 12, 2006**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED:  May 3, 2006