IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02262-WYD-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

431 E. 134th AVENUE, THORNTON, COLORADO;

      Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the Unopposed Motions for Stay of

Proceeding Until Resolution of the Companion Criminal Action filed by interested

parties Manuel Lozano (docket # 22) and Bertha Lozano (docket # 23) on May 2, 2006.

These motions seek a stay of this matter pending the resolution of a related criminal

action pending in this Court, *United States v. Dwight Darden et al.*, Case No. 05-cr-

00471-REB.  A stay is sought in order to avoid difficult legal Fifth Amendment issues in

connection with the criminal proceedings.  The motions indicate that government

counsel Jim Russell does not oppose the motions and that he believes a stay is in the

best interests of all parties.

      The Court, having reviewed the motions and being fully advised in the premises,

      ORDERS that the Unopposed Motions for Stay of Proceedings filed May 2,

2006, are **GRANTED**.  This matter is **STAYED** pending the resolution of the related

criminal action in this Court, *United States v. Dwight Darden et al.*, Case No. 05-cr-00471-REB.  It is

FURTHER ORDERED that upon resolution of the criminal action, the parties are directed to promptly advise the Court so that this case can be reopened.

Dated:  May 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge