IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02262-WYD-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

431 E. 134th AVENUE, THORNTON, COLORADO;

      Defendant.

---

## ORDER OF ADMINISTRATIVE CLOSURE

---

THIS MATTER is before the Court upon a review of the file.  As indicated in the Government's Status Report of January 30, 2008, this is a civil forfeiture action that is stayed pending the completion of a criminal case pending in this Court.  This case has been stayed for some time and it is uncertain when the criminal case will be concluded.  Accordingly, for purposes of judicial economy, I believe that this case should be administratively closed.  The parties can seek to reopen it when the criminal case is completed.  It is therefore

ORDERED that, pursuant to D.C.COLO.LCivR 41.2, this case is administratively closed to be reopened for good cause shown.  Good cause for reopening includes the completion of the criminal case and the Government's stated intention to prosecute this forfeiture action.

Dated:  March 30, 2009

BY THE COURT:


s/ Wiley Y. Daniel

Wiley Y. Daniel
Chief United States District Judge