IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02262-WYD-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

431 E. 134th AVENUE, THORNTON, COLORADO;

    Defendant.

## ORDER REOPENING CASE AND LIFTING STAY

THIS MATTER is before the Court on the United States' Unopposed Motion to Reopen and Lift Stay.  By way of background, this case was administratively closed by Order of March 30, 2009.  That Order noted that this civil forfeiture action had been stayed for some time and that it was uncertain when the underlying criminal case would be concluded.  The parties were informed that they could seek to reopen the case when the criminal case was concluded.

The United States' Unopposed Motion to Reopen and Lift Stay asserts that the criminal case is now completed as to the claimants in this forfeiture action.  Further, the United States asserts that the parties have entered into an agreement regarding forfeiture and that the United States intends to proceed to forfeiture.  I find that the United States has shown good cause for reopening the case.  Accordingly, it is

ORDERED that this case is **REOPENED** from administrative closure and the stay is lifted.

Dated:  May 19, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge